| US District Court<br>Southern District of Illinois ||
|---|---|
| **Wiemers Farms, Inc., et al,**<br><br>**Plaintiffs** | Case 3:15-cv-1379 |
| v.<br><br>**Syngenta Corporation, et al,**<br><br>**Defendants.** | Entry of Appearance |

David A Domina and Brian E Jorde of Domina Law Group pc llo enter their appearances for the following plaintiffs:

| | |
|---|---|
| Aaron Sudbeck Farms | Dan Olson |
| Michael Bacon | Lowell Olson |
| Elwin Dean Cobb | Randy L Olson |
| Jay Cutts | Scott L Olson |
| Elmer Denker | Steve Olson |
| Norbert Fuhrmann | Omaha Nation Farms LLC |
| Gary Hofer Farms | Arlyn & Kay Osborn |
| Phillip Grothen | Osborn Farms |
| John Gunderson | Arthur Ostermeier |
| H & G Pharis Partnership | Ostermeier Limited Partnership |
| Heerten Bros | Doug Ott |
| Leigh Heimann | Glen Ott |
| Matthew Heimann | Randy Owens |
| Paul Heimann | Tanner Parde |
| Hein Co Farms Inc | Pavelka Ranch |
| Rodney Heinen | Peterson Farms |
| Frances Heinrichs | Peterson Livestock Inc |
| Lyle Heinrichs | Pettett-Florell Land & Cattle |
| Anton Hekrdle | Marvin Pfeifer |
| Dale Helms | Thomas Pfeifer |
| Dalton Helms | Wade Pfeifer |
| Derek Helms | Pharis Farms Inc |
| Louis Herbert | Phyllis Hagerbaumer Estate |
| Marvin Herbert | Pine Canyon Ag |
| Jerry Herchenbach | Christopher Pohl |

| | |
|---|---|
| James Herian | Pohl Farms Inc |
| Devin Herrick | Lowell Poppe |
| Mark Heskett | Paul Poppe |
| Higgins Ranch | Troy Poppe |
| High Point Cattle Co | Porkview Farm Inc |
| Dorothy Hillen | Brock Pospichal |
| Glen Hillen | Randy Post |
| Cathy M Hill-Klein | Gary Powell |
| Hilltop Inc | Powell Canyon Ranch |
| Donald Himmelberg | Allan Preston |
| Elvon & Paulette Hines | Mark Pribil |
| Shane Hines | Prime Time Farms |
| Gaylen Hingst | Lyle Probst |
| Jarod Hladky | Michael Prososki |
| John Hladky | Myron Prososki |
| Hoatson Land & Cattle Ltd | Mike Puhalla |
| Clayton Hoke | Putney Grain Inc |
| James Holtgrewe | PVT Land & Cattle LLC |
| Merlyn Holtgrewe | R & G Partnership |
| Daniel Homan | R & J Wahlgren General Partnership |
| Paula & Roger Hood | R G Lindstrom Farms Inc |
| Howard Schindler Farm | Rae-Valley Farms |
| Marc Hroch | Ralph & Laura DeLong Trust |
| Ken Hubl | Michael Ramaekers |
| Alan Huettner | Rancin Inc |
| Ray Hula | Heath Rasmussen |
| Ryan Huxoll | Wayne Rasmussen |
| Matthew Ickes | Raun Farms Inc |
| J McGee Inc | Ray J Farms Inc |
| Neil Jack | Jim Realph |
| Rod Jack | Earl Reeves |
| Jackman Farms | James E Reeves |
| Aaron Jacobs | John Reeves |
| Dennis Jacobs | Matthew Reeves |
| Harlan Jacobson | Reeves Farms LLC |
| Ronald A Janda | Bruce Regier |
| Stephen Janda | Gayland Regier |
| Thomas Janda | Kim Regier |
| Jano Farms | Maxine Regier |
| Christopher W Jansen | John Reichmuth |

| | |
|---|---|
| Wayne Janssen | Richard Reikofski |
| Jerry Jaspersen | REMD LLC |
| JB Enterprises | Rodney Renken |
| JBK Inc | Mike & Cheryl Rentschler |
| Jedo's LLC | Richland Acres Trust |
| Jeff Bartlett Inc | James D & Sharon J Riley |
| Doug Jenkins | Riley Brothers Farms LLC |
| JLCA Inc | Riley Brothers Land LLC |
| Joan Schuler Revocable Trust | Rinne Farm LLC |
| John Bartlett Inc | River Rock Farms |
| John H. Albrecht Trust | Robert E & Katherine R Brummels Trust |
| Alan Johnson | Tim Rodehorst |
| Chris Johnson | Larry Roeber |
| Darcy Johnson | Wendell Rohrer |
| David Johnson | Donald J Rolf |
| Debra Johnson | Michael D Rolf |
| Gary L Johnson | Dustin Rowe |
| Gayle D Johnson | Henry Rudolph |
| Greg A Johnson | Jamie Rudolph |
| Jay V Johnson | John Rudolph |
| Jay W Johnson | Mike Rudolph |
| Stanley Johnson | Arlynn Runge |
| Wade Johnson | August & Carolyn Runge |
| Wayne Johnson | August Runge III |
| Johnson Canyon View LLC | James M Rush |
| Jolyn Farms Inc | Charles Rutenbeck |
| Perry Jones | Ryan Ruzicka |
| Dwain Jordan | Leonard Salda |
| Jordan Farms Inc | Marvin Schaneman |
| Kevin Jorgensen | Karl Schenk |
| Marlin Jorgensen | Jay Schilling |
| Royce Jueger | Schmidt Farms Inc |
| Dennis Junck | Jason Schneider |
| K & K Pharis Partnership | Ryan Schneider |
| Brian Kaczor | Brian Schnoor |
| David & Carleen Kallhoff | Schoen Farms Inc |
| Michael R Kallhoff | David Schold |
| Gene Kaup | Jesse Schold |
| Kauth Farms | Ron Scholl |
| Brent M Kelly | Dean Schoneweis |

| | |
|---|---|
| Gary Kelly | Doug Schoneweis |
| Mike & Deb Kelly | Matt Schramm |
| Ryan & Brianne Kelly | Don Schuller |
| Kenneth M Prososki & Karen L Prosoki Trust | Ken Schumacher |
| Henry Ketteler | Schumacher Bros |
| James Kilpatrick | Rick & Brent Sebade |
| Elton King | Donald Seier |
| Kings Acres LLC | Myron Seier |
| Scott Kinkaid | Kirk & Barb Shane |
| Kinnan Ag Inc | Perry Shane |
| Kennan & Tina Kitt | Scott L Shane |
| Randy Klawitter | Todd & Amy Shane |
| Kurt Kline | Shirley A Johannes Revocable Trust |
| John Klitz | Bill Shotkoski |
| Nicholas Klosen | Simpson Farms |
| Klosen Land & Cattle Co | James Sisson |
| Andrew Klug | Ronald Slobaszewski |
| Knaub Inc | Alan Smith |
| Alan Kneifl | Gerald Smith |
| Leland Kneifl | Soll Farms |
| Frederick J & John L Knievel | Helen Solt |
| Knievel Farms Inc | Jerry Soukup |
| Kerry Knuth | Matthew Soukup |
| Kurt Knutson | Elaine Spanjer |
| Victor & Nancy Knutson | Leland Spanjer |
| Knutson Farms LLC | Daniel Sprunk |
| Knutson Land & Cattle, Inc | David Sprunk |
| LaVonne Koehler | LeRoy Sprunk, Jr |
| Kenneth Koenig | LeRoy Sprunk, Sr |
| Kevin J Koenig | Bryan Stanczyk |
| Greg Koetter | James Stanczyk |
| Twila Koetter | Brett Stanek |
| Randy Koperski | Val Stanek |
| Kopfmann Partnership | Stanley C Kopfmann Living Trust |
| Emily Korinek | Dean Stara |
| David Korte | Donald Stara |
| Harry Korte | Eric Stara |
| Gene Korth | Gary Stara |

| | |
|---|---|
| Larry Korth | Jim Stara |
| Mike Korth | Keith Stara |
| Robert Kraenow | Kenneth Stara |
| Clifford Kramer | Philip Starman |
| Deb Kramer | Gerald Stech |
| Jerome Kramer | Marvin Stech |
| John Kreuscher | Ronald Stech |
| Jason Krebs | Adam Steffen |
| Ima Jean Kruse | Bart Steffen |
| Robert Ksionzek | Gene Steffen |
| Phillip Kucera | Matt Steffen |
| Robert Kucera | Steffen Bros Partnership |
| Dale Kuhlman | Steffen Properties LLC |
| Kuhlman Farms Inc | Brian Stehno |
| Gerald Kumm | Frank Stehno |
| Steven Kumm | Stehno Land Co |
| John Kunzman | Eric Stelk |
| Kevin R Kurpgeweit | Monte Stelk |
| Dale Kurtenbach | Stelling Farms Inc |
| James Kurtenbach | Roy Stoltenberg |
| Jeff Kurtenbach | Charles Stone |
| L & J Rogers Farms Inc | Stone Farms |
| L & L Farms | Storm Farms |
| L & M Farms | Stracke Cattle Co |
| L Z Farms Inc | Orrin Strand |
| Anthony Labenz | Stroh Acres Inc |
| Gary Labenz | Pat Struckman |
| Douglas Lage | Verdel Stuhr |
| Orville Lage | Stumpff Farms LLC |
| Darrell Lammers | Brad Stutzman |
| Roger Larsen | Ronald K Sudbeck |
| Brian Larson | Mel Sueper |
| Gale Lassen | Raymond Sueper |
| Laubner Brothers | Sueper Farms |
| Lawrence & Gloria Hansen Revocable Trust | Suhr Farms |
| Lazy HX Bar Inc | R Mark Sullivan |
| Lazy K Feed Yard Inc | Sunny Heights LLC |
| Bill &Michel Leapley | Jason Swertzic |
| Jim & John Leapley | John Swertzic |
| Lee Valley Inc | Art Tanderup |

| | |
|---|---|
| Arlan Leising | Tarnick Farms |
| Lemmer Ranch | Craig Alan Tegeler |
| Rob Lenzen | Larry Tegeler |
| LeRoy Busboom Revocable Trust | G Bonnie Tessendorf |
| Dale Lesiak | Gale Tessendorf |
| Kenneth Lesiak | Ryan Tessendorf |
| Kevin Lesiak | Valeria Theisen |
| Tim Lesiak | Curt Thiele |
| Tom Lesiak | Fred Thiele |
| LGN Farms Inc | Joe Thiele |
| Lincoln Valley Farms Inc | John J Thiele |
| Jack Lindley | Thiele Dairy |
| Lintner Farms | Benjamin Thieman |
| Lismar Farms Inc | Lola Thomas |
| LJ Beckman Inc | Thomas Farms |
| Logan Reed Farms | Thomas Land Company |
| Long View Farms Inc | Glenn Tidyman |
| Jack Loomis II | Fred Tiedgen |
| Anthony Loomis | William J Tielke |
| Lorene Jewell Revocable Trust | Norman Jean Tillotson |
| Jeff Loshonkohl | Harold Timmons |
| LP Farms Inc | Michael Timmons |
| LS Damme Farms, Inc. | Tisthammer Farms |
| Lucetta E Andrews Trust | TLS Farms |
| LeRoy Luebbert | Dennis Tomka |
| Oliva Luebbert | Tri R Farms Inc |
| Ralph Luebbert | Triphibian Inc |
| Ed Luetkenhaus | Turek Land & Cattle Inc |
| Dan Lutjens | Richard Turner |
| Leon Lutkemeier | Tim Twibell |
| Lydick Family Farms LLC | Clarence Uhing |
| Galen Lyons | Unger Farms LLC |
| M & D Inc | Allan Urkoski |
| M & N Farms | Kraig Urkoski |
| Robert Mager | V Knutson Inc |
| Magnusson Farms Inc | Dennis Valentine |
| Steve Makovicka | Robert Vales |
| Maple Leaf Dairy | Randal Vana |
| Dwain Marcellus | Katie Vculek |
| Mark Oberg LLC | Villwok Farms |
| Mark Sunneberg Farms | Randy E Virka |

| | |
|---|---|
| Jason Marschman | VL Corman Farms |
| Christopher Marsh | Leonard Vlasak |
| Charles Martin | Betty J Vogler |
| Renick Martin | Vogler Valley Farms LLC |
| Martin Farms LLC | Duane L Vorderstasse |
| Mary Ann Peterson Jansen Farms Inc | Rod Waiter |
| Mashed "O" LLC | Larry L Walla |
| Mason Grove Land & Cattle | Bart Wallin |
| James P Mayfield | Brad Wallin |
| Craig Mazour | Wallman Farms |
| Don Mazour | Thomas Walz |
| Jeff McBride | Walz Farms LLC |
| Joe McBride | Warren Supply Co |
| Larry A McClellan | Dennis L Washburn |
| Roger McClellan | Bill Weaver |
| McClellan Farms | Webster Brothers |
| Christopher J McKillip | Steven Weeder |
| Dennis McKillip | Weems Land & Livestock Inc |
| McKivergan Farms LLC | Gerald Wegener |
| MCL Farms | Ross Wegener |
| Meis & Sons LLC | Lonnie Weichel |
| Floyd Melcher | Weichel Farms Inc |
| Randy Melcher | Glen Weidner |
| Richard Melcher | Wells Family Farms LLC |
| Jeff Meradith | Luke Werkmeister |
| Andrew & Derek Method | Marc Werkmeister |
| Bill Method | Werkmeister Farms LLC |
| Fred Meyer | Larry A Werner |
| Kelly Meyer | Werner Farms |
| MHG Farms Inc | Tamara Wheeler |
| MHG Inc | Ernest Whiting |
| Delvin Micek | Daniel Wiedenfeld |
| Gerald F Micek | Gerald Wiedenfeld |
| Glen A Micek | Wiegland Farms LLC |
| Michael Farms | Bernie Wiese |
| Mikita Farms Inc | Eugene Wiese |
| Mikita LLC | James W Wiese |
| MJS Farms Inc | Kenneth B Wiese |
| Brian Moes | Larry D Wiese |
| David Mohlman | Wallace Wild |

| | |
|---|---|
| Ed Moser | Barry Wilke |
| Gerald Moser | James Wilke |
| Doran Moss | Julian Wilke |
| Larry Mudloff | Mark Wilke |
| Lori Mudloff | William A Hobbs |
| James Mueller | Ken Wilson |
| Murdoch Partnership | Witte Enterprises |
| Mustion Farms | Larry Woitaszewski |
| Bryce Naber | LaVern Woitaszewski |
| Nacora Ltd | Cole Wojtalewicz |
| Ben Nelson | Gerald Wojtalewicz |
| Roger Nelson | Todd Wojtalewicz |
| Michael Nickman | Trey Wojtalewicz |
| Dale Nicolaus | Linda Woodring |
| Niobrara Farms | Cameron Woody |
| Art Nitzsche | Worrell Farms Inc |
| Noonan Equipment | Worrell Farms Inc (Gruber) |
| Norman Ruskamp Farm | Worrell Farms Inc (Hecox P) |
| North Poole Farms Inc | Worrell Farms Inc (Hecox T) |
| North Star Farms | Larry Wulf |
| Stewart Nuesch | Scott Wulf |
| Number 2 Yellow Inc | Harold Dean Yoble |
| Joseph Oberbrockling | Roy Yoble |
| Mark Oberg | Marvin Yost |
| Todd Ochsner | Z Aero Farms LLC |
| Anton Oeltjen | Sally Zavadil |
| Alvin Olson | Craig Zeisler |
| Anders Olson | |

January 25, 2016.

                                              Aaron Sudbeck Farms, et al, Plaintiffs

                                        By:s/David A. Domina
                                            David A Domina
                                            Brian E Jorde
                                            Domina Law Group pc llo
                                            2425 S. 144th St. Omaha NE 68144
                                            402 493 4100
                                            ddomina@dominalaw.com
                                            bjorde@dominalaw.com
                                            *Their Lawyers*

## Certificate of Service

I certify that on January 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

s/David A. Domina

CJ6534