IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____

RONALD POLETTI, ET AL.,              )
                                     )
        Plaintiffs,                  )
                                     )   CIVIL ACTION NO.:
        v.                           )
                                     )   3:15-cv-1221-DRH
                                     )
SYNGENTA CORPORATION, et al.,        )
                                     )
        Defendants.                  )
_____ )
                                     )
                                     )
BRASE FARMS, INC., et al.,           )
                                     )   CIVIL ACTION NO.:
        Plaintiffs,                  )
                                     )   3:15-cv-1374-DRH
        v.                           )
                                     )
SYNGENTA CORPORATION, et al.,        )
                                     )
        Defendants.                  )
                                     )
_____ )
                                     )
                                     )
WIEMERS FARMS, INC., et al.,         )
                                     )
        Plaintiffs,                  )   CIVIL ACTION NO.:
                                     )
        v.                           )   3:15-cv-1379-DRH
                                     )
                                     )
SYNGENTA CORPORATION, et al.,        )
                                     )
        Defendants.                  )
_____ )

**PLAINTIFFS' NOTICE OF FILING OF CONSOLIDATED AMENDED COMPLAINT AND SUGGESTION OF MOOTNESS**

COME NOW Plaintiffs Ronald Poletti, et al., Brase Farms, Inc., et al., and Wiemers Farms, Inc., et al., by and through their undersigned counsel, to notify the Court and the Defendants of the filing of the Plaintiffs' consolidated amended complaint, Doc. 59, and to suggest that the consolidated amended complaint moots the motion to dismiss presently pending in Poletti, et al. v. Syngenta Corp., et al., No. 3:15-cv-1221-DRH; Brase Farms, Inc., et al. v. Syngenta Corp., et al., No. 3:15-cv-1374-DRH; and Wiemers Farms, Inc., et al. v. Syngenta Corp., et al., No. 3: 15-cv-01379-DRH.

The claims of all Plaintiffs in Poletti, Brase Farms, Inc., and Wiemers Farms, Inc. have been consolidated and re-pled in Doc. 59, except for these individuals:

1)      Kelly and Holly Kost, whose claims in Brase Farms, Inc. have been voluntarily dismissed without prejudice;

2)      Arlene Hollis, whose claims in Brase Farms, Inc. have been voluntarily dismissed without prejudice;

3)      Phillip Ashley, whose claims in Wiemers Farms, Inc. have been voluntarily dismissed without prejudice;

4)      James Lange, whose claims in Wiemers Farms, Inc. have been voluntarily dismissed without prejudice;

5)      Dane Smith, whose claims in Poletti have been voluntarily dismissed without prejudice;

6)      Larry Miller, whose claims remain pending on the initial complaint in Wiemers

Farms, Inc.;

7)    Bradley A. Ferree, whose claims remain pending on the initial complaint in Brase Farms, Inc.; and

8)    Leroy Tweet, whose claims remain pending on the initial complaint in Poletti.

The motion to dismiss in Poletti, Brase Farms, Inc., and Wiemers Farms, Inc. is due to be denied as moot in view of the consolidated amended complaint. E.g., Laborers' Pension Fund v. Leopardo Const., Inc., 139 F.R.D. 634, 637 (N.D. Ill. 1991). The Defendants who have moved to dismiss will not be prejudiced by an order mooting the motion. Under the Scheduling Order, they are allowed 45 days from the date of filing of the consolidated amended complaint to again move for dismissal, or to otherwise respond to the re-pleading.

Respectfully submitted this 8th day of March, 2016, by:

/s/ Christopher B. Hood
Christopher B. Hood
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336
chood@hgdlawfirm.com

/s/ W. Wylie Blair
W. Wylie Blair
James G. Onder
Onder, Shelton, O'Leary & Peterson, LLC
100 E. Lockwood Ave.
2nd Floor
St. Louis, MO 63119
(314) 963-9000
blair@onderlaw.com
onder@onderlaw.com
quillin@onderlaw.com

2

*Attorneys for the Plaintiffs*

OF COUNSEL:
*(admission pro hac vice granted or to be applied for)*

Francois M. Blaudeau
2224 1st Avenue North
Birmingham, Alabama 35203
(205) 326-3336
francois@southernmedlaw.com

W. Lewis Garrison, Jr.
William L. Bross
Taylor C. Bartlett
Mark R. Ekonen
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203
(205) 326-3336
wlgarrison@hgdlawfirm.com
william@hgdlawfirm.com
taylor@hgdlawfirm.com
mark@hgdlawfirm.com
chood@hgdlawfirm.com

Brian L. Kinsley
Crumley Roberts
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Tel.: (336) 333-9899
blkinsley@crumleyroberts.com

3

CERTIFICATE OF SERVICE

I, Christopher B. Hood, Esquire, as one of the attorneys for the Plaintiffs, hereby certify that on this 8th day of March, 2016, the foregoing was filed via the Court's ECF system, which will serve it via electronic notice on all counsel of record for the Defendants registered to receive it via the ECF system:


/s/ W. Wylie Blair
W. Wylie Blair